**FILED**

MAR 12 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OMAR SHARRIEFF GAY,<br><br>Petitioner,<br><br>v.<br><br>MIKE EVANS, Warden<br><br>Respondent. | No. 08-73151<br><br>ORDER |

CV 09  1197

WHA

(PR)

Before: B. FLETCHER, REINHARDT and LEAVY, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2254 habeas corpus petition in the district court is granted. The Clerk shall serve a copy of this order, along with a copy of the application, on the district court.

Petitioner shall submit a copy of this order with his habeas petition to the district court.

nmg/MOATT

08-73151




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

July 22, 2008

**ORIGINAL**

Docket No.: 08-73151
Short Title: Omar Gay v. Mike Evans

Dear Counsel:

This is to acknowledge receipt of your Application for Permission to File a Second or Successive Habeas Corpus Petition.

All subsequent letters and request for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The file number and the title of your case should be shown in the upper right corner of your letter to the clerk's office. All correspondence should be directed to the above address pursuant to Circuit Rule 25-1.

Very truly yours,

Molly C. Dwyer
Clerk of Court


By: David Lin
Deputy Clerk



**08-73151**

USDC, San Francisco
Northern District of California (San Francisco)
P.O. Box 36060
San Francisco, CA 94102